# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No.: 08 B 24654 |
| Roula Mccarthy | Chapter: 13 |
| Debtor(s) | Judge John H. Squires |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604
Roula Mccarthy, Debtor(s), 6305 North Neenah Avenue, Chicago, IL 60631
Anna Stanley, Attorney for Debtor(s), 20 E. Jackson Blvd. Ste 850, Chicago, IL 60604

You are hereby notified that debtor(s) is(are) due to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION FKA WASHINGTON MUTUAL HOME LOANS for the contractual mortgage payment due 12/01/2009. On 02/01/2010 when the Trustee Filed the Notice of Final Mortgage Cure Amount the Debtor owed for the 12/01/2009 through 02/01/2010 post-petition mortgage payments, with the 03/01/2010 coming due. The current mortgage payment amount due each month is $2,622.51. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any oustanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 04/01/2010, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION FKA WASHINGTON MUTUAL HOME LOANS's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on March 2, 2010.

/s/ Maria Georgopoulos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-08-25985)**
NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.